Catherine Ybarra
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 297-3807
E: cybarra@sirillp.com

***Counsel for Plaintiff and the Putative Class***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Pooja Patel,** on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**Intuitive Surgical Operations, Inc.,**<br><br>    Defendant. | Case No. 5:26-cv-02480-SVK |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Pooja Patel ("Plaintiff"), by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the individual claims of Plaintiff in the above captioned case are hereby dismissed without prejudice against Defendant Intuitive Surgical Operations, Inc. No Answer or Motion for Summary Judgment has been filed in this case.

DATED: April 10, 2026            Respectfully submitted,

/s/ *Catherine Ybarra*
Catherine Ybarra
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000

1

NOTICE OF VOLUNTARY DISMISSAL

Los Angeles, CA 90017
Tel: (213) 297-3807
E: cybarra@sirillp.com

***Counsel for Plaintiff and the Putative Class***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Catherine Ybarra*
Catherine Ybarra

NOTICE OF VOLUNTARY DISMISSAL